
# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARGORY MUHAW,** | : |
| **Plaintiff** | : CIVIL ACTION NO. 3:12-02214 |
| vs. | :          (JUDGE MANNION) |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,** | : |
| **Defendant** | : |

## O R D E R

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The decision of the Commissioner of Social Security denying Margory Muhaw disability insurance benefits and supplemental security income benefits is vacated and the case remanded to the Commissioner of Social Security to conduct a new administrative hearing and appropriately evaluate the medical evidence and the opinion of Dr. Kraynak.

2. The Clerk of Court shall close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: July 30, 2014
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2012 MEMORANDA\12-2214-01-order.wpd